## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

FRANCISCO JAVIER SEPULVEDA-ALDECOA,

            Petitioner

       v.

COMMONWEALTH OF PENNSYLVANIA,

            Respondent

: No. 90 MM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2018, the "Praecipe for a Writ of King's Bench Relief" is DENIED.